```
                                      FILED
                                  DISTRICT OF NEBRASKA
                                  AT_____M
                                      JUN 2 1978
                                  William L. Olson, Clerk
                                  By_____Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WATERS ASSOCIATES, INC. and GEORGE NEALE, Plaintiffs, vs. INSTRUMENTATION SPECIALTIES COMPANY, Defendant. | ORDER  CV77-L-148 |

IT IS ORDERED that the Clerk of the Court will substitute for page 3 of filing 210 the page 3 delivered with this order, seal the original page 3, and make the original page 3 unavailable as a public record.

Dated June 2, 1978.

BY THE COURT

_____
Chief Judge